UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TAYAN JACKSON,

                Petitioner,

  v.

R CATERNOLO,

                Respondent.

Case No. C24-539 RAJ-TLF

[PROPOSED] ORDER

The Court, having reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and orders:

1. The Court adopts the Report and Recommendation;
2. Petitioner's habeas corpus petition is dismissed without prejudice; and
3. The Clerk is directed to send copies of this order to plaintiff.

Dated this 31st day of March, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge